IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2007 FEB -6  PM 4: 15

PARAMDEEP DHODY and COOPER'S
INTERNATIONAL, LTD.,
        Plaintiffs,

-vs-                                            Case No. A-06-CA-034-SS

APPLIED BEHAVIORAL TECHNOLOGIES,
INC., and JOSEPH RIGGIO,
        Defendants.

## FINAL JUDGMENT

BE IT REMEMBERED on the 8th day of January 2007 the Court called the above-styled and numbered cause, and the plaintiffs Paramdeep Dhody and Cooper's International Ltd. and their counsel were present, and the defendants Applied Behavioral Technologies, Inc., and Joseph Riggio appeared by counsel and a jury of seven legally and qualified jurors having been empaneled to try this case and this case proceeded to trial on January 22, 2007, with a jury consisting of six jurors, pursuant to a stipulation between the parties as one juror was excused for his failure to attend the trial, and the case proceeded to the 24th day of January, and the plaintiffs rested their case and the defendants moved for judgment as a matter of law, and the Court overruled the motion for judgment as a matter of law on the cause of action for fraud but dismissed with the consent of the parties all remaining causes of action, and the case proceeded to the 25th day of January 2007, when all parties rested and the defendants again moved for judgment as a matter of law and said motion was overruled, and the case was submitted to the jury on the 25th and on the 26th day of January 2007 the jury returned its verdict, answering the special verdict questions as follows:

      Question No. 1:      Yes.

      Question No. 2:      No.

      Question No. 3:      £336,000

      Question No. 4:      $500,000

And the jury was polled, and after polling, the Court accepted the verdict and ordered it filed and now enters judgment on the same.

    IT IS ORDERED that Paramdeep Dhody does have and recover judgment against the defendant Joseph Riggio for compensatory damages in the amount of SIX HUNDRED FIFTY-EIGHT THOUSAND FIVE HUNDRED SIXTY AND NO/100 DOLLARS ($658,560.00)[1] with interest at the rate of 5.10 percent per annum until paid, plus all costs of suit, for which let execution issue.

    IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Paramdeep Dhody does have and recover judgment of and against the defendant Joseph Riggio for punitive damages in addition to the judgment of compensatory damages in the amount of FIVE HUNDRED THOUSAND AND NO/100 DOLLARS ($500,000.00), for which let execution issue.

    IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Coopers International Ltd. TAKE NOTHING in this judgment against any party.

    IT IS FINALLY ORDERED, ADJUDGED, and DECREED that Paramdeep Dhody TAKE NOTHING against Applied Behavioral Technologies, Inc., in this cause.

---

[1] Exchange rate on this date, as reported by the Federal Reserve Bank of New York at 12 noon, was that ONE POUND (£1) in the United Kingdom was worth ONE AND 9600/10000 U.S. DOLLARS ($1.9600).

      IT IS FINALLY ORDERED that any and all other relief sought by any party herein is hereby denied.

SIGNED this the 6th day of February 2007.

                                                                               *Sam Sparks*
                                              UNITED STATES DISTRICT JUDGE